## THOMAS RATCLIFF
### v.
## CINCINNATI TYPE FOUNDRY ET AL.

The court is of opinion that the court properly sustained the demurrer to the bill, but as the evidence upon which the damages were assessed is not preserved in the record, the case is affirmed ·in part, reversed in part and remanded.

APPEAL from the Circuit Court of Richland county; the Hon. WILLIAM C. JONES, Judge, presiding. Opinion filed April 18, 1884.

Mr. J. C. ALLEN, for appellant.

Messrs. WILSON & HUTCHINSON, for appellees.

PER CURIAM. We are of opinion the court properly sustained the demurrer to the bill, but that the case must be reversed because the evidence upon which the damages were assessed is not preserved in the record.

So much of the decree as relates to the sustaining of the demurrer will therefore be affirmed, and so much of it as re-

lates to the assessment of damages upon the dissolution of the injunction, will be reversed.

Affirmed in part, reversed in part and remanded.